# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

CONSTANCE MCBRIDE, *et al.*,

        Plaintiffs,

vs.

ASNY NY, LLC, *et al.*,

        Defendants.

2:16-cv-01930-RFB-VCF

**ORDER**

        Before the Court are the following:

        1. Defendants' Demand for Deposit of Non-Resident Cost Bond to Plaintiff Dave Robertson (ECF No. 17),

        2. Defendants' Demand for Deposit of Non-Resident Cost Bond to Plaintiff Braves Robertson (ECF No. 18),

        3. Defendants' Demand for Deposit of Non-Resident Cost Bond to Plaintiff Kim McBride (ECF No. 19),

        4. Defendants' Demand for Deposit of Non-Resident Cost Bond to Plaintiff Marina Harris (ECF No. 20),

        5. Defendants' Demand for Deposit of Non-Resident Cost Bond to Plaintiff Daniel Harris (ECF No. 21),

        6. Defendants' Demand for Deposit of Non-Resident Cost Bond to Plaintiff Constance McBride (ECF No. 22), and,

        7. Plaintiffs' status report (ECF No. 24).

NRS 18.130 is inapplicable to this action as it was originally filed in California, under California law, by citizens of California, and Defendants voluntarily sought to have the venue changed and the matter transferred into Nevada. Even if NRS 18.130 did apply, Defendants have already filed their Answer in California Superior Court; thus by its clear statutory language, Defendants cannot properly invoke NRS 18.130.

Accordingly,

IT IS HEREBY ORDERED that the following motions are DENIED:

1. Defendants' Demand for Deposit of Non-Resident Cost Bond to Plaintiff Dave Robertson (ECF No. 17),

2. Defendants' Demand for Deposit of Non-Resident Cost Bond to Plaintiff Braves Robertson (ECF No. 18),

3. Defendants' Demand for Deposit of Non-Resident Cost Bond to Plaintiff Kim McBride (ECF No. 19),

4. Defendants' Demand for Deposit of Non-Resident Cost Bond to Plaintiff Marina Harris (ECF No. 20),

5. Defendants' Demand for Deposit of Non-Resident Cost Bond to Plaintiff Daniel Harris (ECF No. 21), and,

6. Defendants' Demand for Deposit of Non-Resident Cost Bond to Plaintiff Constance McBride (ECF No. 22).

IT IS FURTHER ORDERED that the discovery plan and scheduling order must be filed on or before October 18, 2016.

DATED this 6th day of October, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE