**JOINTLY SUBMITTED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CONSTANCE MCBRIDE, KIM MCBRIDE, DAVE ROBERTSON, ANITA BRAVES ROBERTSON, DANIEL HARRIS and MARINA HARRIS, Individuals<br><br>Plaintiffs,<br>v.<br><br>ASNY NY, LLC, a Limited-Liability Company doing business in Nevada; THE ASNY COMPANY, LLC, a Delaware Limited-Liability Company doing business in Nevada; TAHITI VILLAGE VACATION CLUB, a Nevada Corporation; TAHITI VILLAGE MASTER OWNERS' ASSOCIATION, a Nevada Corporation; CLUB DE SOLEIL VACATION CLUB, a Nevada Corporation; SOLEIL MANAGEMENT, LLC, a Nevada Limited-Liability Company; DOES 1 through 50, inclusive.<br><br>Defendants | CASE NO.: 2:16-cv-01930-RFB-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs,

CONSTANCE MCBRIDE, KIM MCBRIDE, DAVE ROBERTSON, ANITA BRAVES

ROBERTSON, DANIEL HARRIS and MARINA HARRIS, through their counsel of record the

law firm of US CONSUMER ATTORNEYS, P.A. and Defendants, ASNY NY, LLC, THE

1

ASNY COMPANY, LLC, TAHITI VILLAGE VACATION CLUB, TAHITI VILLAGE MASTER OWNERS' ASSOCIATION, CLUB DE SOLEIL VACATION CLUB, SOLEIL MANAGEMENT, LLC, through their counsel the law firm of HUTCHINSON & STEFFEN, LLC, that the Plaintiffs' Complaint in the above-entitled action shall be dismissed.

The parties further agree that dismissal shall be with prejudice and the parties are to bear their own costs and attorneys' fees.

DATED this 9th day of November, 2017.

USCA CONSUMER ATTORNEYS, P.A.

By: /s/ Mark J. McGannon
MARK J. McGANNON, ESQ.
Nevada Bar No. 005419
1210 S. Valley View Blvd., Suite 215
Las Vegas, Nevada 89102
Ph.: (702)-888-6606
Attorney for Plaintiffs

DATED this 9th day of November, 2017.

HUTCHINSON & STEFFEN, LLC

By: /s/ Jeffrey R. Hall
JEFFREY R. HALL, ESQ.
Nevada Bar No. 009572
Peccole Professional Park
10080 W. Alta Drive, Suite 200
Las Vegas, NV 89145
Ph.: (702)-385-2500
Attorneys for Defendants

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 13th day of November, 2017.